# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-2687

———————————————

Mark Bitzan

*Plaintiff - Appellant*

Cassandra Zent

*Plaintiff*

v.

Jerry Bartruff, IDOC Director; John Baldwin, Former IDOC Director; Sheryl Dahm, Assistant IDOC Deputy Director; Nick Ludwick, ISP Warden; Mark Roberts, ISP Deputy Warden; Rebecca Bowker, ISP Executive Officer; Mike Schierbrock, ISP A/W Treatment; Jill Johnson, ISP Administrative Assistant; Randy VanWye, ISP Investigator; David DeGrange, ISP Investigator; Cynthia Phillips, ISP Mailroom

*Defendants - Appellees*

Debbie Nichols, ISP Former A/W Security; Jay Nelson, IDOC Religious Coordinator; Statewide Religion Review Committee; Julie Johnson, ISP Former A/W Administration; Nikki Eaves, ISP Mailroom; Jane Doe, ISP Mailroom; Debbie Ferril, ISP Property; Berl Wilcox, ISP Segregation Unit Manager; Mike Eisnnicher, ISP Segregation Committee; Bradley Hoenig, ISP Segregation Committee; Dorothy Faust, Religion Review Committee

*Defendants*

———————————————

No. 17-2690

———————————————

Mark Bitzan

*Plaintiff*

Cassandra Zent

*Plaintiff - Appellant*

v.

Jerry Bartruff, IDOC Director; John Baldwin, Former IDOC Director; Sheryl Dahm, Assistant IDOC Deputy Director; Nick Ludwick, ISP Warden; Mark Roberts, ISP Deputy Warden; Rebecca Bowker, ISP Executive Officer; Mike Schierbrock, ISP A/W Treatment; Jill Johnson, ISP Administrative Assistant; David DeGrange, ISP Investigator; Randy VanWye, ISP Investigator; Cynthia Phillips, ISP Mailroom

*Defendants - Appellees*

Debbie Nichols, ISP Former A/W Security; Jay Nelson, IDOC Religious Coordinator; Statewide Religion Review Committee; Julie Johnson, ISP Former A/W Administration; Nikki Eaves, ISP Mailroom; Jane Doe, ISP Mailroom; Debbie Ferril, ISP Property; Berl Wilcox, ISP Segregation Unit Manager; Mike Eisnnicher, ISP Segregation Committee; Bradley Hoenig, ISP Segregation Committee; Dorothy Faust, Religion Review Committee

*Defendants*

_____

Appeals from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: July 27, 2018
Filed: August 7, 2018
[Unpublished]

_____

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Iowa inmate Mark Bitzan, and his mother Cassandra Zent, challenge the district court's[1] adverse grant of summary judgment in their joint 42 U.S.C. § 1983 action. Viewing the record in a light most favorable to appellants, and drawing all reasonable inferences in their favor, see Sisney v. Kaemingk, 886 F.3d 692, 697 (8th Cir. 2018) (de novo review), we agree with the district court that summary judgment was warranted in this case. The judgment is affirmed, see 8th Cir. R. 47B, and appellants' motions to supplement the record are denied.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.